1  Jack Silver, Esq. SB  #160575
   Email: lhm28843@sbcglobal.net
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.  (707) 528-8175
4  Fax. (707) 528-8675

5  David J. Weinsoff, Esq. SB #141372
   Email: david@weinsofflaw.com
6  Law Office of David Weinsoff
   138 Ridgeway Avenue
7  Fairfax, CA 94930-1210
   Tel. (415) 460-9760
8  Fax. (415) 460-9762

9  Attorneys for Plaintiff
   CALIFORNIA RIVER WATCH
10

11 Sherri M. Kirk, Esq. SB # 085804
   Email: saclaw@sbcglobal.net
12 Law Office of Sherri M. Kirk
   770 L Street, Suite 950
13 Sacramento, CA 95814
   Tel. 916-438-6932
14 Fax. 916-438-6933

15 Attorneys for Defendants
   COLD CREEK COMPOST, INC.,
16 and MARTIN MILECK

17              UNITED STATES DISTRICT COURT

18            NORTHERN  DISTRICT OF CALIFORNIA

19 CALIFORNIA RIVER WATCH, a            CASE NO:  3:14-cv-01212 VC
20 501(c)(3) non-profit, Public Benefit
   Corporation,                         **STIPULATION AND CONSENT TO**
21                                      **FILING OF FIRST AMENDED**
                  Plaintiff,            **COMPLAINT; STIPULATION AND**
22 v.                                   **REQUEST FOR CONTINUANCE OF**
                                        **INITIAL CASE MANAGEMENT**
23 COLD CREEK COMPOST, INC.;            **CONFERENCE; [PROPOSED]**
   MARTIN MILECK; DOES 1-10,            **ORDER**
24 Inclusive,
                                        Date:      June 27, 2014
25               Defendants.            Time:      10:30 a.m.
                                        Ctrm       4
26 _____/    Judge: Hon.  Vince Chhabria

27

28
   3:14-cv-01212 VC
   Stipulation and Consent to Filing of First Amendment of Complaint; Stipulation and Request for Continuance of Initial
   Case Management Conference;[Proposed] Order

                                      1

1    IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, that

2  Plaintiff CALIFORNIA RIVER WATCH is allowed to file the First Amended Complaint for

3  Injunctive Relief, Civil Penalties, Restitution and Remediation, which First Amended Complaint

4  was filed with this Court as Dkt #17.  By stipulating to the filing of the First Amended Complaint,

5  Defendants are not approving or admitting the allegations or contents of the First Amended

6  Complaint, or waiving their defenses thereto.

7    IT IS FURTHER STIPULATED and agreed to by and between the parties to this action,

8  that Defendants COLD CREEK COMPOST, INC. and MARTIN MILECK will have up to and

9  including June 30, 2014 within which to plead in response to the First Amended Complaint.

10    IT IS FURTHER STIPULATED by and between the parties, upon the consent and

11  approval of this Court, that the Initial Case Management Conference currently set for June 27,

12  2014 be continued to July 25, 2014.  This Stipulation is based on the Declaration of David

13  Weinsoff filed simultaneously herewith.  No case management schedule has yet been ordered for

14  this case.  No changes to the ADR process or schedule are required.

15

16  DATED:  5.20.14              LAW OFFICE OF DAVID J. WEINSOFF

17

18                          By: _David Weinsoff_____

19                              DAVID J. WEINSOFF
                                Attorney for Plaintiff
20                              CALIFORNIA RIVER WATCH

21  DATED:  May 20, 2014          LAW OFFICE OF SHERRI M. KIRK

22

23                          By: _Sherri M. Kirk_____
                                SHERRI M. KIRK
24                              Attorney for Defendants
                                COLD CREEK COMPOST, INC. and
25                              MARTIN MILECK

26

27

28
    3:14-cv-01212 VC
    Stipulation and Consent to Filing of First Amendment of Complaint; Stipulation and Request for Continuance of Initial
    Case Management Conference;[Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, it is ordered that Defendants shall have up to and including June 30, 2014 to file a responsive pleading to Plaintiff's First Amended Complaint.

Further, the Initial Case Management Conference scheduled for June 27, 2014 is hereby continued to July 25, 2014 at 10:30 a.m. in Courtroom 4 of this Court.  The parties shall file a Joint Case Management Statement and Proposed Case Management Order no later than 7 calendar days before July 25, 2014.

IT IS SO ORDERED.

DATED: May 23, 2014

_____
VINCE CHHABRIA
United States District Judge

3:14-cv-01212 VC
Stipulation and Consent to Filing of First Amendment of Complaint; Stipulation and Request for Continuance of Initial Case Management Conference;[Proposed] Order