Jack Silver, Esq. SB #160575
Email: lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675

David J. Weinsoff, Esq. SB #141372
Email: david@weinsofflaw.com
Law Office of David Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930-1210
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH


Sherri M. Kirk, Esq. SB # 085804
Email: saclaw@sbcglobal.net
The Kirk Law Firm
770 L Street, Suite 950
Sacramento, CA 95814
Tel. 916-438-6932
Fax. 916-438-6933

Attorneys for Defendants
COLD CREEK COMPOST, INC.,
and MARTIN MILECK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) non-profit, Public Benefit Corporation,<br><br>    Plaintiff,<br>v.<br><br>COLD CREEK COMPOST, INC.; MARTIN MILECK; DOES 1-10, Inclusive,<br><br>    Defendants._____/ | CASE NO: 3:14-cv-01212 VC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE FOR CASE MANAGEMENT STATEMENT**<br><br>Date:      July 29, 2014<br>Time:     10:00 a.m.<br>Ctrm      10<br>Judge:    Hon. Vince Chhabria |

Pursuant to Civil Local Rule 6-2(a), at the direction of the Court, Plaintiff California River Watch and Defendants Cold Creek Compost, Inc. and Martin Mileck submit the following Stipulation and Proposed Order Continuing the Case Management Conference until **August 12, 2014 at 10:00 a.m.**, and extending the deadline for filing a Joint Case Management Statement to **August 5, 2014**.

The parties base this Stipulation and Proposed Order on the following grounds. By Clerk's Notice dated July 15, 2014, the Court set a Case Management Conference on July 29, 2014 at 10:00 a.m. and directed the parties to file a Joint Case Management Statement no later than July 22, 2014. Dk. No. 26.

Counsel for Plaintiff Jack Silver and David J. Weinsoff are scheduled to be in Long Beach on July 29, 2014 for a previously scheduled conference, and thus will not be available for the July 29, 2014 Case Management Conference.

Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose the following modifications that previously have been made to the schedule in this case:

1. On May 21, 2014 the parties filed a Stipulation and Consent to the filing of a First Amended Complaint and Request for Continuance of the Initial Case Management Conference from June 27, 2014 to July 25, 2014. Dkt. No. 19. The Court granted the Stipulation and issued an Order re-setting the Case Management Conference to July 25, 2014. Dk. No. 20.

This Stipulation and Proposed Order, if granted by the Court, will not affect any other deadlines or events already scheduled in this case. Currently, the only other scheduled deadline or event is Court-sponsored Early Neutral Evaluation which must take place on or before October 10, 2014. *See* Dk. No. 25. The parties are not asking the Court to extend this deadline.

**IT IS SO STIPULATED**.

DATED: July 18, 2014                                 THE KIRK LAW FIRM

                                                                  */s/ Sherri M. Kirk*
                                                        By:_____
                                                                  SHERRI M. KIRK
                                                                  Attorney for Defendants
                                                                  COLD CREEK COMPOST, INC. and
                                                                  MARTIN MILECK

2

3:14-cv-01212 VC
Stipulation and [Proposed] Order Continuing Case Management Conference

The below filer attests that concurrence in the filing of this document has been obtained from the above Signatory.

DATED: July 18, 2014                    LAW OFFICE OF DAVID J. WEINSOFF

                                        By: */s/ David J. Weinsoff*
                                        DAVID J. WEINSOFF
                                        Attorney for Plaintiff
                                        CALIFORNIA RIVER WATCH

## [~~PROPOSED~~] ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, the Court hereby Orders that the Case Management Conference is continued to August 12, 2014 at 10:00 a.m. in Courtroom 10, and the parties shall file a Joint Case Management Statement no later than August 5, 2014.

**IT IS SO ORDERED.**

DATED: July 22, 2014                    _____
                                        VINCE CHHABRIA
                                        UNITED STATES DISTRICT JUDGE