1   Jack Silver, Esq. SB #160575
    Email: lhm28843@sbcglobal.net
2   LAW OFFICE OF JACK SILVER
    Post Office Box 5469
3   Santa Rosa, CA 95402-5469
    Tel.  (707) 528-8175
4   Fax. (707) 528-8675

5   David J. Weinsoff, Esq. SB #141372
    Email: david@weinsofflaw.com
6   LAW OFFICE OF DAVID WEINSOFF
    138 Ridgeway Avenue
7   Fairfax, CA 94930-1210
    Tel. (415) 460-9760
8   Fax. (415) 460-9762

9   Attorneys for Plaintiff:
    CALIFORNIA RIVER WATCH
10
    Sherri M. Kirk, Esq.  SB #085804
11  Email: saclaw@sbcglobal.net
    THE KIRK LAW FIRM
12  770 L Street, Suite 950
    Sacramento, CA 95814
13  Tel. (916) 438-6932
    Fax. (916) 438 6933
14
    Attorneys for Defendants:
15  COLD CREEK COMPOST, INC. and
    MARTIN MILECK
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19  CALIFORNIA RIVER WATCH,  a          CASE NO:  3:14-cv-01212 VC
    501(c)(3), non-profit, Public Benefit
20  Corporation,                        **STIPULATED REQUEST FOR ORDER
                                         SHORTENING TIME FOR HEARING ON**
21               Plaintiff,             **PLAINTIFF'S MOTION TO**
          v.                            **VOLUNTARILY DISMISS** AS MODIFIED
22                                      **[Civil L.R. 6-1(b); 6-2]**
    COLD CREEK COMPOST, INC.;
23  MARTIN MILECK,                      Date:      December 4, 2014
                                        Time:      10:00 a.m.
24               Defendants.            Ctrm:      10
                                        Judge:     Hon. Vince Chhabria
25

26  _____/   Trial Date:  May 11, 2015

27

28

                                        1

    Stipulated Request for Order Shortening Time
    3:14-cv-01212 VC

1    Plaintiff California River Watch and Defendants Cold Creek Compost, Inc., and Martin

2  Mileck hereby jointly request that the time for hearing of Plaintiff's Motion for Voluntarily

3  Dismissal filed this date (DKT #33) be shortened from December 4, 2014 to October 30, 2014

4  at 10:00 a.m.   The basis for this stipulation is set forth in the Declaration of David J. Weinsoff

5  as follows:

6                        **DECLARATION OF DAVID J. WEINSOFF**

7  I, David J. Weinsoff, declare as follows:

8    1.    I am an attorney at law duly licensed to practice law before the United States

9  District Court for the Northern District of the State of California and am the principal of the Law

10  Office of David J. Weinsoff, co-counsel of record for Plaintiff California River Watch in the

11  above-described action. I make the following declaration, specifically providing the information

12  required by Local Rule 6-2, in support of Plaintiff's Motion to Voluntarily Dismiss based upon

13  my own personal knowledge and if called to testify I could and would testify competently thereto

14  as follows.

15    2.    The parties' request shortening of time to hear Plaintiff's Motion to Voluntarily

16  Dismiss. A hearing on the motion if scheduled on the Court's regular calendar will result in a

17  continuing obligation to undertake wasteful and time-consuming discovery (consistent with the

18  compressed time-frame set forth in the Pretrial Schedule) in a matter Plaintiff now seeks to

19  dismiss. Hearing the Motion expeditiously will result in substantial cost savings to our clients

20  and avoid the need of any court resources to resolve discovery and/or other case management

21  disputes.

22    3.    The "substantial harm" here is the burden on the parties to continue wasteful and

23  time-consuming discovery under the compressed time-frame for completion of discovery by

24  December 5th (addressed separately in the Joint Stipulation for Relief from Scheduling Order

25  filed this date).  The Court's adjudication of the Motion to Voluntarily Dismiss on a shortened

26  time-frame would alleviate the parties' continuing obligation to continue discovery in a matter

27  the Plaintiff argues is ripe for dismissal.

28

Stipulated Request for Order Shortening Time
3:14-cv-01212 VC

4.     The parties have conducted a number of "meet and confer" telephonic conferences and e-mail correspondence regarding this request with the requirements imposed under Civil L.R. 37-1(a).   There is no disagreement between the parties on the request for an order shortening time.   The parties, however, were unable to stipulate to the dismissal of the case.

5.     The parties have previously stipulated, and the Court has granted the following extensions of time in this case:

- • Stipulation Extending Time Within Which to Respond to Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation (DKT #11);

- • Stipulation and Consent to Filing of First Amended Complaint; Stipulation and Request for Continuance of Initial Case Management Conference (DKT #20); and,

- • Stipulation Continuing Case Management Conference and Extending the Deadline for Case Management Statement (DKT #28).

An additional stipulated request for relief from the current Pretrial Scheduling Order is currently pending before this Court.

6.     The requested time modification for Plaintiff's Motion to Voluntarily Dismiss would positively impact the schedule of the case by permitting the parties to expeditiously present argument to the Court on the merits of the filed Motion to Voluntarily Dismiss, obtaining a ruling from the Court that will inform the parties whether the case can conclude or if continued time-consuming and expensive discovery will be necessary.   The Court's granting of an order shortening time for hearing on Plaintiff's Motion for Dismiss is respectfully requested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Fairfax, California on October 16, 2014.

_____
DAVID J. WEINSOFF

Stipulated Request for Order Shortening Time
3:14-cv-01212 VC

1    WHEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their

2  counsel of record, with the consent and approval of this Court, that the time for hearing on

3  Plaintiff's Motion to Voluntarily Dismiss be shortened from December 4, 2014 to October 30,

4  2014.

5

6  Dated: October 16, 2014                    /s/ David J. Weinsoff
                                              DAVID J. WEINSOFF
7                                             Attorney for Plaintiff
                                              CALIFORNIA RIVER WATCH
8

9

10  Dated: October 16, 2014                   /s/ Sherri M. Kirk
                                              SHERRI M. KIRK
11                                            Attorney for Defendants
                                              COLD CREEK COMPOST, INC., MARTIN
12                                            MILECK

13                            [PROPOSED] ORDER AS MODIFIED

14        The Court has considered the Stipulated Request for Order Shortening Time for Hearing

15  on Plaintiff'S Motion to Voluntarily Dismiss, and good cause appearing therefore,

16

17        **IT IS THEREFORE ORDERED** that

18  1.   The hearing on Plaintiff's Motion To Voluntarily Dismiss shall be held on Thursday,
         November 6
19       October 30, 2014 at 10:00 a.m.

20  2.   Plaintiff shall serve the Motion to Voluntarily Dismiss by electronic transmission within

21       one business day of this Order being signed.

22  3.   Time is shortened to permit the hearing on the Motion to Voluntarily Dismiss.

23  4.   Opposition to the Motion to Voluntarily Dismiss shall be filed on October 24 , 2014.

24  5.   Any Reply to the Opposition shall be filed on October 29 , 2014.

25  DATED: October 21, 2014            _____

26                                     VINCE CHHABRIA
                                       UNITED STATE DISTRICT JUDGE
27

28

                                         4

Stipulated Request for Order Shortening Time
3:14-cv-01212 VC