UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>COLD CREEK COMPOST, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-01212-VC<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

The plaintiff's motion to voluntarily dismiss the case without prejudice is granted, and the defendants' request for attorneys' fees as a condition of dismissal is denied.  *See* Fed. R. Civ. P. 41(a)(2).  The hearing set for November 6, 2014 is vacated.

**IT IS SO ORDERED**.

Dated:  November 5, 2014

_____
VINCE CHHABRIA
United States District Judge